AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

|  |  |
|---|---|
| DAVID CHARLES MAIER | ) |
| *Plaintiff* | ) |
| v. | ) |
|  | ) |
|  | ) |
| LOREN BARGER, MIKE HARRIS, et al., | |
| *Defendant* | |

Civil Action No.   2:20-CV-0398-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   The First Amended Complaint is DISMISSED with prejudice.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge _____Thomas O. Rice_____ for failure to state a claim
   upon which relief may be granted.


Date:   ___February 4, 2021___

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen